# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  11-cv-00024-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 18, 2011** | **Courtroom Deputy:**  Linda Kahoe |

PATRICK W. DILL,                                             Hannah Bell Ross

    Plaintiff,

    v.

DEFENSE COMMISSARY AGENCY,                  Mustafa Ahmed Hersi
UNITED STATES OF AMERICA,

TYSON FOODS, INC.,                                        *No appearance*

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       8:40 a.m.**
Court calls case.  Appearances of counsel.  *No appearance for Tyson Foods, Inc.*

Discussion regarding Defendants United States of America's and Defense Commissary Agency's Unopposed Motion to Stay, doc #[15], filed 3/14/2011.

**ORDERED:**   Defendants United States of America's and Defense Commissary Agency's Unopposed Motion to Stay, doc #[15], is **GRANTED**.  All discovery is **STAYED** pending a ruling on the Motion to Dismiss, doc #[14].  The Scheduling Conference set for March 21, 2011 at 9:15 a.m. is **VACATED**.

HEARING CONCLUDED.

**Court in recess**:        8:54 a.m.
Total time in court:     00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.