IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00024-PAB-CBS

PATRICK W. DILL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
DEFENSE COMMISSARY AGENCY, and
TYSON FOODS, INC.,

    Defendants.

## ORDER

This matter is before the Court on the unopposed motion to dismiss defendants United States of America and Defense Commissary Agency as parties and motion to lift stay [Docket No. 21]. It is

**ORDERED** that the unopposed motion to dismiss defendants United States of America and Defense Commissary Agency as parties and motion to lift stay [Docket No. 21] is GRANTED in part. Defendants United States of America and Defense Commissary Agency are dismissed from this action. It is further

**ORDERED** that the motion to lift stay remains under advisement.

DATED August 17, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge