IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00024-PAB-CBS

PATRICK W. DILL,

    Plaintiff,

v.

TYSON FOODS, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the Stipulation for Dismissal With Prejudice [Docket No. 63]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

    **ORDERED** that the trial preparation conference set for February 8, 2013 at 4:30 p.m. and the jury trial set for February 11, 2013 at 8:00 a.m. are vacated.

    DATED January 29, 2013.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge